# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **CARNES FUNERAL HOME, INC.** | § § § | |
| **V.** | § § | **C.A. NO. 4:20-cv-04226** |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** | § § § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO REMAND

This case is before the Court on Plaintiff's Motion to Remand. The Court, having considered the Motion, the Response, and the Reply, is of the opinion that the Motion should be, and the same hereby is **GRANTED**.

Pursuant thereto, this case is remanded to the 129th Judicial District Court of Harris County, Texas.

Signed this ___ day of _____, 2021.

_____
United States District Judge